Frankenstein and Company, etc., et al., Plaintiffs, v. Richard L. Williams, Jr. et al., Appellees. James Nichols and Andrew G. Halas, Trading Under Name and Style of Anderson-Halas and Associates, Appellants.

Gen. No. 42,344.

opinion filed May 2, 1944; rehearing denied May 17, 1944. Randolph Bohrer, for appellants; Birchard P. Hayes, of counsel; Murphy, Lilliander & Gemmill, for appellee. Opinion by JUSTICE SCANLAN. **Not to be published in full.**